AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TREVON D. CHAPMAN, SR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV220-091

JAMES PROCTOR, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 18, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' Motion for Judgment on the Pleadings is granted, and Judgment is hereby entered as to Plaintiff's: Fifth Amendment claim; deliberate indifference to a serious medical need claim; conditions of confinement claim; free exercise claim; First Amendment mail claim against Defendants Watson, Sikes, and Mastroianni; and access-to-courts claims against Defendants Proctor, Watson, and Mastroianni. Additionally, Defendants Sikes, Mastroianni, and Proctor are terminated from this civil action.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: Febry 18, 2022

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020