# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| TREVON D. CHAPMAN, SR., | * |
| Plaintiff, | *  CIVIL ACTION NO.: 2:20-cv-91 |
| v. | * |
| ERIC WATSON, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 60. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion to Modify Terms and Conditions of Confinement, which has been construed as a Motion for Preliminary Injunction. Dkt. No. 50.

**SO ORDERED**, this 21 day of March, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)