# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔅𝔯𝔲𝔫𝔰𝔴𝔦𝔠𝔨 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

| | |
|---|---|
| TREVON D. CHAPMAN, SR., | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:20-cv-91 |
| v. | * |
| ERIC WATSON, et al., | * |
| Defendants. | * |

## ORDER

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated July 25, 2023. Dkt. No. 96. The Court received Plaintiff's Objections after the time to do so had expired and after the Court adopted the Magistrate Judge's Report as the opinion of the Court. Dkt. No. 94. The Court has now reviewed Plaintiff's Objections and finds no reason to disturb the Court's previously entered Order.

In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's Complaint in its entirety because the statute of limitations bars Plaintiff's claims. Dkt. No. 93. The Magistrate Judge found the statute of limitations expired no later than August 9, 2020, but Plaintiff filed his Complaint on

AO 72A
(Rev. 8/82)

August 20, 2020. Id. at 11-13. Under the prison mailbox rule, the Court usually deems a pro se prisoner complaint filed on the day the plaintiff signed it. However, the Magistrate Judge found Defendants proved Plaintiff delivered his Complaint to prison officials for mailing well after he signed it. Id.

Plaintiff's Objections are largely repetitive and unresponsive. Plaintiff largely reiterates the facts of his claims and the Court's denial of his motion to appoint counsel, but he fails to adequately address the statute of limitations issue upon which the Magistrate Judge recommended dismissal. Plaintiff complains generally about his access to postal supplies and materials, but he does not address the Magistrate Judge's dispositive finding about when he delivered his Complaint to prison officials for mailing. Dkt. No. 96 at 2.

The Magistrate Judge deemed Defendants' motion for summary judgment unopposed, but Plaintiff "says he did in fact respond and reply" to Defendants' motion and "requests the Court to view the case docket." Id. at 1. The undersigned has reviewed the docket and found no indication of Plaintiff's response to Defendants' motion for summary judgment. As the Magistrate Judge noted, Defendants filed their motion on October 3, 2022. Dkt. No. 85. The Court received Plaintiff's motion for extension of time to respond on October 27, 2022. Dkt. No. 88. The Court granted Plaintiff an extension to respond until

2

December 6, 2022.  Dkt. No. 91.  However, the Court never received a response from Plaintiff.  Importantly, despite Plaintiff's lack of opposition, the Magistrate Judge considered the merits of Defendants' motion for summary judgment and reviewed the record to ensure there were no genuine issues of material fact.  Dkt. No. 93 at 2.

Accordingly, the Court **OVERRULES** Plaintiff's Objections, and the Court's August 16, 2023 Order adopting the Magistrate Judge's Report and Recommendation remains the Order of this Court.  This case remains **CLOSED**.  Dkt. Nos. 95, 96.

**SO ORDERED**, this 22 day of August, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA