IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | |
|---|---|
| TREVON D. CHAPMAN S.R., ) <br> ) <br> Plaintiff-Appellant, ) <br> )      2:20cv091 <br> v. ) <br> ) <br> JAMES PROCTOR, et al., ) <br> ) <br> Defendants-Appellees. ) | |

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __17__ day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA